# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:21-cv-00007-RBD-DCI

TAVIA WAGNER,

   Plaintiff,

vs.

FRANK H. BROCK and J & C
CUDA CORP d/b/a PAPAS PIZZA

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

 X  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 6, 2021

By:/S/Joe M. Quick, Esq._____
Joe M. Quick, Esq.
Bar Number 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

1

CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of January 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

       By: /S/Joe M. Quick, Esq.
       Joe M. Quick, Esq.
       Bar Number 0883794
       Attorney for Plaintiff
       Law Offices of Joe M. Quick, Esq.
       1224 S. Peninsula Drive #619
       Daytona Beach, Florida 32118
       Telephone: 386.212.3591
       Email: JMQuickEsq@gmail.com