# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:21-CV-0007-ORL-37DCI

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**FRANK H BROCK AND J&C CUDA CORP D/B/A PAPAS PIZZA**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#619
DAYTONA BEACH, FL 32118

Received by HENRY SANBORN on the 6th day of January, 2021 at 12:15 pm to be served on **J&C CUDA CORP D/B/A PAPAS PIZZA C/O CHENANIAH CUDA-REGISTERED AGENT, 1551 7TH AVE, DELAND, FL 32724**.

I, HENRY SANBORN, being duly sworn, depose and say that on the **11th day of January, 2021** at **3:30 pm**, I:

**SERVED** the within named corporation by delivering a true copy of the **SUMMONS AND COMPLAINT** at the address of **1551 7TH AVE, DELAND, FL 32724** which is a residential address with the date and hour endorsed thereon by me by leaving a copy with **PAULA CUDA** as **CO-OCCUPANT/SPOUSE OF CHENANIAH CUDA-R/A**, 15 years of age or older and informing said person of the contents pursuant to F.S. 48.081(3)(b) and F.S. 48.031(1)(a).

**Additional Information pertaining to this Service:**
1/7/2021 6:02 pm Attempted service at 1551 7TH AVE, DELAND, FL 32724, no answer
1/11/2021 10:22 am Attempted service at 1551 7TH AVE, DELAND, FL 32724, no answer no vehicles

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 125, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _____
Subscribed and sworn to before me by means of physical presence on the 12th day of January, 2021 by the affiant who is personally known to me.

Notary Public
Print Name _____

HENRY SANBORN
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2021000106

MAX GARCIA
MY COMMISSION # HH 010633
EXPIRES: July 18, 2024
Bonded Thru Notary Public Underwriters

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t


AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | )  |
|---|---|
| TAVIA WAGNER | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  6:21-cv-0007-Orl-37DCI |
| FRANK H. BROCK and J & C CUDA CORP d/b/a PAPAS PIZZA | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J & C CUDA CORP
d/b/a PAPAS PIZZA
CHENANIAH CUDA - Registered Agent
1551 7th AVENUE
DELAND, FLORIDA, 32724

H.S.
1/11/21.
3:30 pm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 5, 2021

LaDarius Jernigan
*Signature of Clerk or Deputy Clerk*