PAPPA'S PIZZA
335 S LAKVIEW DR.
LAKE HELEN, FL 32744
3862283444

Transaction 000025

Total $21.56
Tip $1.08

CREDIT CARD SALE $22.64
MASTERCARD 5038

17-Nov-2020 3:11:41P
$22.64 | Method: SWIPED
MASTERCARD
XXXXXXXXXX5038
 TAVIA WAGNER
Reference ID: 03200568326
Auth ID: 111914
MID: ********8994
AthNtwkNm: MASTERCARD

Online: https://clover.com/p/
NEN3EHQXNCYTA

Payment NEN3EHQXNCYTA

Clover Privacy Policy
https://clover.com/privacy