UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


TAVIA WAGNER,

      Plaintiff,

v.                                Case No. 6:21-cv-00007-RBD-DCI

FRANK H. BROCK and J & C
CUDA CORP. d/b/a PAPAS PIZZA,

      Defendants.

_____/


## NOTICE OF CHANGE OF ATTORNEY OF RECORD

Please be advised that while the law firm SPIRE LAW, LLC ("Spire Law")

is still the law firm representing Defendants, FRANK H. BROCK and J & C CUDA

CORP. d/b/a PAPAS PIZZA, in the above-referenced matter, Attorneys Jesse I.

Unruh, Esq. and Whitney M. DuPree, Esq. are now counsels of record. Heather M.

Meglino, Esq. is no longer assigned to this matter and should be removed as

counsel of record.

**DESIGNATION OF E-MAIL ADDRESSES**
**PURSUANT TO FLA. R. JUD. ADMIN. 2.516(b)(1)(A)**

The undersigned law firm hereby designates, pursuant to Rule 2.516, the following

e-mail addresses for the purpose of service of all documents required to be served

pursuant to Rule 2.516 in this proceeding. **Service is to be made to each and every**

**email address listed in this**

**designation**:

Primary E-Mail Address: jesse@spirelawfirm.com

Secondary E-Mail Addresses: whitney@spirelawfirm.com;

lauren@spirelawfirm.com; laura@spirelawfirm.com

Dated this 25th day of February, 2021.

Respectfully submitted,

Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/Jesse I. Unruh*
     Jesse I. Unruh, Esq.
     Florida Bar No. 93121
     */s/ Whitney M. DuPree*
     Whitney M. DuPree, Esq.
     Florida Bar No. 110036
     jesse@spirelawfirm.com
     whitney@spirelawfirm.com
     lauren@spirelawfirm.com
     laura@spirelawfirm.com

2

Attorney for Defendants | FRANK H. BROCK and J & C CUDA CORP. d/b/a PAPAS PIZZA

## CERTIFICATE OF SERVICE

I hereby Certify that on this 25th day of February, 2021, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Joe M. Quick, Esquire at Law Offices of Joe M. Quick, Esq.; 1224 S. Peninsula Drive #619 Daytona Beach, Florida 32118.

/s/ Jesse I. Unruh
Attorney

www.spirelawfirm.com
Employment Attorneys